■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMION BARNABY, Appellant. [47 NYS3d 916]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (C. Quinn, J.), rendered March 13, 2014, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, his general waiver of his right to appeal encompassed the denial, after a hearing in lieu of motions, of suppression of identification testimony (*see People v Kemp*, 94 NY2d 831, 833 [1999]). The defendant's general waiver of his right to appeal was valid (*see People v Sanders*, 25 NY3d 337, 342 [2015]; *People v Nicholson*, 15 AD3d 237 [2005], *affd* 6 NY3d 248 [2006]), and precludes appellate review of his challenges to the denial of suppression. Rivera, J.P., Cohen, Miller and Brathwaite Nelson, JJ., concur.